IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ENRICO FABRIANO LANZA,
    Petitioner,

v.

DISTRICT ATTORNEY OF DELAWARE COUNTY, et al.,
    Respondents.

CIVIL ACTION NO. 12-5528

FILED
JUL 1 5 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 15th day of July 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus [Doc. No. 1], the response thereto [Doc. No. 7], and the record, and upon review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter [Doc. No. 9], to which Petitioner filed no objections, it is hereby **ORDERED** that:

1.     The Report and Recommendation [Doc. No. 9] is **APPROVED** and **ADOPTED**;[1]

2.     The Petition for Writ of Habeas Corpus is **DENIED**;

3.     There is no probable cause to issue a certificate of appealablity; and

4.     The Clerk of Court is **DIRECTED** to mark this case closed for statistical purposes.

It is so **ORDERED**.

BY THE COURT:

*Cynthia M. Rufe*
**CYNTHIA M. RUFE, J.**

---

[1] While the single ground for relief set forth in the petition for writ of habeas corpus was capable of being interpreted in two ways, both of which were addressed by the respondents in their brief in opposition, Petitioner has not objected to Magistrate Judge Rueter's decision to "construe the claim raised in the habeas petition as one challenging the sentence enhancement under the state sentencing guidelines." The Court finds that Magistrate Judge Rueter correctly construed Petitioner's intent. The Court also agrees with the R &R's conclusion that Petitioner's challenge concerns the state court's application of state law, and is not cognizable in a federal habeas proceeding. Estelle v. McGuire, 502 U.S. 62, 67-68 (1991).